UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **JEREMY WILSON** | : | **DOCKET NO. 1:22-CV-03265** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **LIBERTY MUTUAL FIRE INSURANCE CO., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

### REPORT AND RECOMMENDATION

Before the court is a Joint Motion for Voluntary Dismissal Without Prejudice filed by plaintiff, Jeremy Wilson, and defendants, Liberty Mutual Fire Insurance Co., Liberty Mutual Insurance Co., and Liberty Personal Insurance Co. Doc. 49. The motion has been referred to the undersigned for review, report, and recommendation in accordance with the provisions of 28 U.S.C. § 636.

Having reviewed motion, the undersigned finds it a competent expression of plaintiff's wish to no longer prosecute this case against the defendants. Accordingly, it is

**RECOMMENDED** that the motion be **GRANTED** that the above captioned matter against defendants, Liberty Mutual Fire Insurance Co., Liberty Mutual Insurance Co., and Liberty Personal Insurance Co., be **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

It is further **RECOMMENDED** that the judgment reflect that all defendants reserve their claim for sanctions filed in connection with the Motion to Dismiss [doc. 15] directed toward former plaintiff's counsel, McClenny, Moseley & Associates, PLLC, and that plaintiff, Jeremy Wilson, retains all rights of action against his prior counsel.

Under the provisions of 28 U.S.C. §636 and Rule 72 of the Federal Rules of Civil Procedure, parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglas v. United Services Automobile Ass'n,* 79 F.3d 1415, 1429–30 (5th Cir.1996).

THUS DONE AND SIGNED in Chambers this 9th day of October, 2023.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE