UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| **JEREMY WILSON** | : | **DOCKET NO. 1:22-CV-03265** |
| **VERSUS** | : | **JUDGE DONALD E. WALTER** |
| **LIBERTY MUTUAL FIRE INSURANCE CO., ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation of the Magistrate Judge, recommending that the court grant the Joint Motion for Voluntary Dismissal Without Prejudice filed by plaintiff, Jeremy Wilson, and defendants, Liberty Mutual Fire Insurance Co., Liberty Mutual Insurance Co., and Liberty Personal Insurance Co. Doc. 50.

For the reasons contained in the Report and Recommendation, and having thoroughly reviewed the record, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under applicable law;

**IT IS ORDERED** that the parties' joint motion to dismiss [doc. 15] be **GRANTED** and that the above captioned matter against defendants, Liberty Mutual Fire Insurance Co., Liberty Mutual Insurance Co., and Liberty Personal Insurance Co., be **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs.

Noting that all defendants reserve their claim for sanctions asserted in connection with the Motion to Dismiss [doc. 15, as amended] filed against former plaintiff's counsel, McClenny, Moseley & Associates, PLLC, and that plaintiff, Jeremy Wilson, retains all rights of action against his prior counsel,

It is further **ORDERED** that the motion for sanctions [doc. 15, as amended] is referred to the Magistrate Judge for resolution.

**THUS DONE AND SIGNED** in Chambers on this 30th day of October, 2023.

*/s/ Donald E. Walter*
**DONALD E. WALTER**
**UNITED STATES DISTRICT JUDGE**